# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINE BOWEN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-01367-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 10) |

On December 20, 2024, Defendant filed a stipulated motion for a thirty (30) day extension of time, from January 6, 2025 to February 5, 2025, to file a copy of the certified administrative record in this action. (ECF No. 10.)

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's complaint shall be filed on or before February 5, 2025; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **December 23, 2024**

_____
STANLEY A. BOONE
United States Magistrate Judge

1