# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINE BOWEN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 1:24-cv-01367-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

On February 28, 2025, the parties filed a stipulation for a sixty day extension of time from March 5, 2025 to May 5, 2025 for Plaintiff to file her opening brief. (ECF No. 13.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **May 5, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **March 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1