# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINE BOWEN,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | 1:24-cv-01367-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

On May 28, 2025, the parties filed a stipulation for an extension of time from June 4, 2025 to July 7, 2025 for Defendant to respond to Plaintiff's opening brief. (ECF No. 17.) This is Defendant's first request for an extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before July 7, 2025; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **May 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1